# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

STEPHEN BRIAN WILLIAMS,

    Plaintiff,

v.                                  Case No. 5:19-cv-239-TKW/MJF

HOLMES COUNTY JAIL, et al.,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

This prisoner civil rights case is before the court on referral from the clerk of the court. On July 26, 2019, this court granted Plaintiff's motion to proceed *in forma pauperis* and ordered him to pay an initial partial filing fee of $28.00 within thirty (30) days. (Doc. 4). Plaintiff was warned that failure to comply with the order likely would result in dismissal of this case. (*Id*. at 3). Plaintiff did not comply with the order.

Accordingly, on September 10, 2019, this court ordered Plaintiff to show cause, within 14 days, why this case should not be dismissed for failure to comply with the July 26, 2019, order. (Doc. 5). The show cause order was mailed to Plaintiff

at his address of record (the Holmes County Jail), but was returned as undeliverable on September 18, 2019, marked "Return to Sender – Not Deliverable as Addressed – Unable to Forward." (Doc. 6). The envelope was also stamped, "Unauthorized Correspondence – Inmate to Inmate Mail Not Allowed." (*Id*.). In an abundance of caution, the court re-mailed the order to Plaintiff on October 1, 2019. (Doc. 7). The order was returned, again, as undeliverable on October 15, 2019, marked "Return to Sender – Not Deliverable as Addressed – Unable to Forward." (Doc. 8).

To date, Plaintiff has not complied with the July 26, 2019, order, has not responded to the show cause order, and has not informed the court of his current address. The court has received no communication from Plaintiff since the initial filing of this case on July 23, 2019.

Based on the foregoing, the undersigned respectfully **RECOMMENDS** that:

1. This case be **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to comply with this court's orders.[1]

---

[1] "Federal courts possess an inherent power to dismiss a complaint for failure to comply with a court order." *Foudy v. Indian River Cty. Sheriff's Office*, 845 F.3d 1117, 1126 (11th Cir. 2017) (citations omitted); N.D. Fla. Loc. R. 41.1 (authorizing the court to dismiss an action, or any claim within it, "[i]f a party fails to comply with an applicable rule or a court order").

2. The clerk be directed to close the case file.

At Panama City, Florida, this 21st day of October, 2019.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**