UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

STEPHEN BRIAN WILLIAMS,

    Plaintiff,

v.                                           Case No. 5:19cv239-TKW-MJF

HOLMES COUNTY JAIL, et al.,

    Defendant.
_____/

# ORDER

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 10). No objections to the Report and Recommendation were filed.[1] Having reviewed the Report and Recommendation and the case file, I agree with the magistrate judge's determination that this case is due to be dismissed based on Plaintiff's failure to comply with a Court order and failure to respond to the order to show cause.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED**, and the Clerk is directed to close the file.

---

[1] Plaintiff is likely unaware of the Report and Recommendation because the copy mailed to him at his address of record was returned as undeliverable. *See* Doc. 11. That, however, does not preclude the Court from adopting the Report and Recommendation because Plaintiff is responsible for keeping the Court apprised of his current address.

**DONE and ORDERED** this 12th day of November, 2019.

        *T. Kent Wetherell, II*
        **T. KENT WETHERELL, II**
        **UNITED STATES DISTRICT JUDGE**